# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145343 & (29)(30)(39)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                                    SC: 145343
                                                    COA: 307275
                                                    Muskegon CC: 07-054960-FC

DUJUAN LANARD QUINN,
        Defendant-Appellant.

_____/

On order of the Court, the motion to add issue is GRANTED. The application for leave to appeal the May 7, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand and the motion for oral argument are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

_____
                Clerk

s1113